# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| K. DENISE RUCKER KREPP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16-cv-0926 (KBJ) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On December 14, 2016, the parties appeared before the Court for a Motion Hearing, during which Plaintiff's Counsel represented that the parties had reached an agreement to resolve the dispute, and that, therefore, this case should be dismissed. The Court construed that oral representation as a notice of voluntary dismissal. Accordingly, it is hereby

**ORDERED** that the matter is **DISMISSED**.


DATE:  December 14, 2016                    *Ketanji Brown Jackson*
                                            KETANJI BROWN JACKSON
                                            United States District Judge